**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Roxbury and Roslindale     **Category No.** II          **Investigating Agency** FBI

**City** Boston                                  **Related Case Information:**

**County** Suffolk                               Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number  26-mj-03188-JDH

Search Warrant Case Number  26-mj-3176-3177-JDH

R 20/R 40 from District of _____

**Defendant Information:**       Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____     ☐ Yes  ☑ No

Defendant Name  Steven Harris                                   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1991     SSN (last 4#): 8517     Sex: M     Race _____     Nationality: U.S.

**Defense Counsel if known:** Kelli Porges          Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: J. Aidan Lang                    Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:** Wyatt

**Arrest Date:** 05/03/2026

☑ Already in Federal Custody as of  May 3, 2026     in  Wyatt .

☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/4/2026          Signature of AUSA: */s/ J. Aidan Lang*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Steven Harris

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2 | 18 U.S.C. §§ 2113(a), (d), and 2 | Armed Bank Robbery; Aiding and Abetting | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston, MA     **Category No.** II     **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____

Same Defendant _____     New Defendant _____

Magistrate Judge Case Number    26-mj-3220-JDH

Search Warrant Case Number    26-mj-1270-1271-DLC; 26-mj-3176-3177-JDH; 26-mj-3218-3219-JDH

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____     ☐ Yes  ☑ No

Defendant Name    Angel Gonzalez                     Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 2000     SSN (last 4#): 1699     Sex: M     Race _____     Nationality: U.S.

**Defense Counsel if known:** Leonard E. Milligan , III     Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: J. Aidan Lang          Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:** Massachusetts State Custody

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☑ Already in State Custody at Barnstable County Correctional Facility  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/4/2026          Signature of AUSA: */s/ J. Aidan Lang*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Angel Gonzalez

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2 | 18 U.S.C. §§ 2113(a), (d), and 2 | Armed Bank Robbery; Aiding and Abetting | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013